RECEIVED
MAR - 7 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DAVID JOHN BRUMFIELD, Appellant | CIVIL ACTION SECTION "P" |
| VERSUS | 11-cv-0488 |
| U.S. COMMISSIONER OF SOCIAL SECURITY, Appellee | JUDGE TRIMBLE MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the final decision of the Commissioner is VACATED and Brumfield's case is REMANDED to the Commissioner for further proceedings.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 7th day of March, 2012.

JAMES T. Trimble, Jr.
UNITED STATES DISTRICT JUDGE