RECEIVED
AUG - 1 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DAVID BRUMFIELD | CIVIL ACTION 11-0488 |
| VERSUS | U.S. DISTRICT JUDGE TRIMBLE |
| COMMISSIONER | U.S. MAGISTRATE JUDGE KIRK |

## JUDGMENT

Considering the foregoing Motion for Attorney's fees pursuant to the Equal Access to Justice Act, and concurring with the Magistrate Judge's Recommendation, there having been no objections to it filed,

IT IS ORDERED that plaintiff be awarded attorney's fees in the amount of $2,175 payable on his behalf to his attorney.

Thus done and signed on the 1st day of August, 2012.

James T. Trimble, Jr.
U.S. District Judge